Dennis M. Moskal, Esq., CFE, CEDS
LAW OFFICES OF DENNIS M. MOSKAL, LLC
Manor Building
564 Forbes Avenue, Suite 1006
Pittsburgh, PA 15219
Direct: (412) 992-0948
Facsimile: (412) 927-1147
dennis@pghfraudlawyer.com
*Counsel for Plaintiff*

---

### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| VALERIE M. BURT,<br><br>Plaintiff,<br><br>v.<br><br>RIVERBEND FOODS, LLC,<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No.:  No. 2:20-cv-725-RJC |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come the parties, by and through their counsel, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of the above-captioned action with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| DATED this 15th day of July 2021. | Respectfully submitted, |
| /s/ Dennis M. Moskal<br>Dennis M. Moskal, Esq.<br>Law Offices of Dennis M. Moskal, LLC<br>Manor Building<br>564 Forbes Avenue, Suite 1006<br>Pittsburgh, PA 15219<br>Phone: (412) 992-0948<br>dennis@harassment-doctor.com<br>*Attorney for Plaintiff* | /s/ John R. Gotaskie<br>John R. Gotaskie, Esq.<br>Fox Rothschild, LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA 19103-3222<br>(412) 394-5528—Direct<br>jGotaskie@foxrothschild.com<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2021, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action:

| | |
|---|---|
| John R. Gotaskie, Esq.<br>Fox Rothschild LLP<br>2000 Market St.<br>20th Floor<br>Philadelphia, PA 19103-3222<br>JGotaskie@foxrothschild.com | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(X) E-mail/E-filer |

Respectfully,

/s/Dennis M. Moskal
Dennis M. Moskal, Esq., CFE, CEDS