Dennis M. Moskal, Esq., CFE, CEDS
LAW OFFICES OF DENNIS M. MOSKAL, LLC
Manor Building
564 Forbes Avenue, Suite 1006
Pittsburgh, PA 15219
Direct: (412) 992-0948
Facsimile: (412) 927-1147
dennis@pghfraudlawyer.com
*Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE M. BURT,<br><br>Plaintiff,<br><br>v.<br><br>RIVERBEND FOODS, LLC,<br><br>Defendant. | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br><br>Case No.:   No. 2:20-cv-725-RJC |

### STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come the parties, by and through their counsel, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of the above-captioned action with prejudice, without any award of fees and costs by the Court.

DATED this 15th day of July 2021.

/s/ Dennis M. Moskal
Dennis M. Moskal, Esq.
Law Offices of Dennis M. Moskal, LLC
Manor Building
564 Forbes Avenue, Suite 1006
Pittsburgh, PA 15219
Phone: (412) 992-0948
dennis@harassment-doctor.com
*Attorney for Plaintiff*

Respectfully submitted,

/s/ John R. Gotaskie
John R. Gotaskie, Esq.
Fox Rothschild, LLP
2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
(412) 394-5528—Direct
jGotaskie@foxrothschild.com
*Attorney for Defendant*

AND NOW, this 15th day of July, 2021, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE